IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 APR 30 PM 2: 30

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR88 |
| Plaintiff, | ) | |
| -vs- | ) | ORDER |
| Jose Avalos | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Michelle M. Lents, as a Criminal Justice Act Training Panel Member, to assist in the defense of Jose Avalos.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Michelle M. Lents is hereby assigned to assist the AFPD Michael F. Maloney in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Michelle M. Lents shall not be eligible to receive compensation for her services in this case.

AFPD Michael F. Maloney shall continue to be primary counsel on behalf of the Defendant, Jose Avalos.

Dated: 4/30/14

BY THE COURT:

_____
United States Magistrate Judge