IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR88 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSE AVALOS, | ) | RE: MATERIAL WITNESS |
| | ) | JUAN AVALOS |
| Defendant. | ) | |

This matter is before the court on the motion for a material witness warrant by defendant Jose Avalos (Filing No. 86). The motion was granted on July 2, 2014 (Filing No. 87). Juan Avalos appeared before the undersigned magistrate judge on July 10, 2014. He was represented by James M. Davis. The United States was represented by Special Assistant U.S. Attorney Martin J. Conboy, IV. Juan Avalos is in custody awaiting transportation to a designated Bureau of Prisons facility to commence service of the sentence imposed on him in this case. The court finds Juan Avalos should be held as a material witness for testimony in the trial of Jose Avalos. Accordingly, the U.S. Marshal shall detain Juan Avalos in the Omaha, Nebraska, area until such time as he provides testimony or is otherwise discharged as a witness in the trial of Jose Avalos. The court recommends the U.S. Marshal place Juan Avalos at the Douglas County Correctional Center while detained as a material witness in this matter.

**IT IS SO ORDERED.**

DATED this 11th day of July, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge