# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:13CR88** |
| vs. | ) | |
| | ) | **ORDER** |
| **JOSE AVALOS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon an oral motion by defense counsel and the representation that the government has no objection, the jury trial scheduled to begin in this case on August 26, 2014, is hereby continued. A new trial date will be set by further order of the Court.

**IT IS SO ORDERED.**

**DATED August 22, 2014.**

                                      **BY THE COURT:**

                                      s/ F.A. Gossett
                                      **United States Magistrate Judge**