IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSE AVALOS,<br><br>                Defendant. | CASE NO. 8:13CR88<br><br>ORDER |

This matter is before the Court on the United States' "Motion for Dismissal Count III of the Indictment" (Filing No. 110). Under Federal Rule of Criminal Procedure 48(a), leave of the court is granted for the dismissal of Count III.

IT IS THEREFORE ORDERED that:

1. The United States' "Motion for Dismissal Count III of the Indictment" (Filing No. 110) is hereby granted; and

2. Count III of the Indictment is hereby dismissed.

Dated this 29th day of September, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge