IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:13CR88** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **JOSE AVALOS,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's affidavit which has been construed as a motion for leave to proceed on appeal in forma pauperis (Filing No. 173). The Defendant, who was previously represented by court-appointed counsel, has filed a Notice of Appeal (Filing No. 172). The Court finds that Defendant has satisfied the requirements of Federal Rule of Appellate Procedure 24(a)(1). Accordingly,

IT IS ORDERED:

1.  The Defendant's affidavit which has been construed as a motion for leave to proceed on appeal in forma pauperis (Filing No. 173) is granted; and

2.  The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 26th day of March, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge