IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:13CR88 |
| vs. | ) | |
| | ) | |
| JOSE AVALOS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter is before the Court on the defendant's request for transcripts (Filing No. 190) of all hearings held in his case. The Court notes that the transcript for the Material Witness Hearing held on July 10, 2014, has not been prepared.

**IT IS ORDERED:**

1. The defendant's request for transcripts (Filing No. 190) is granted.

2. Jose Avalos, is ordered to pay to the Clerk of Court the amount of $289.50 for the cost of copies of transcripts [73], [140], [141], [184], [185], [186] and [187].

3. Jose Avalos is ordered to pay the Clerk of Court the amount of $10.95 for the cost of a transcript of the Material Witness Hearing held on July 10, 2014. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $10.95, a refund check will be issued.

4. Upon receipt of this fee, the Clerk shall arrange for the preparation of the transcript of the hearing held on July 10, 2014. A paper copy of the transcript shall be mailed to the requestor.

5. Brenda L. Fauber, Court Reporter for the jury trial referred to herein, shall notify the defendant of the cost of any portions of the jury trial that have not been transcribed. Upon payment of that amount to Ms. Fauber, she will prepare those transcripts and furnish them to the defendant.

Dated this 23nd day of October, 2015.

                                              BY THE COURT:

                                              s/ Thomas D. Thalken
                                              United States Magistrate Judge