**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

March 24, 2016

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 15-1695 United States v. Jose Avalos

Dear Sirs:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellant was William John Pfeffer, of Omaha, NE.

Counsel who presented argument on behalf of the appellee was John Higgins, AUSA, of Omaha, NE.

The judge who heard the case in the district court was Honorable Laurie Smith Camp. The judgment of the district court was entered on March 16, 2015.

If you have any questions concerning this case, please call this office.

Michael E. Gans
Clerk of Court

SRD

Enclosure(s)

cc: MO Lawyers Weekly

District Court/Agency Case Number(s): 8:13-cr-00088-LSC-2