# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR88 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| vs. | ) | AND ORDER |
| | ) | |
| JOSE AVALOS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Notice of Appeal (Filing No. 199) in which he seeks review of the Order of Magistrate Judge Thomas Thalken (Filing No. 198) denying the Defendant's Motion for an Order Directing Appellate Counsel Pfeffer to Release Petitioner's Entire Case File for Appellate Purposes Pursuant to Rule 1.16(d) of the ABA Model Rules of Professional Conduct (Filing No. 195). Having reviewed the record in this case, including the response of William J. Pfeffer (Filing No. 197) and attachments thereto, this Court concludes that the Order of the Magistrate Judge (Filing No. 198) is neither clearly erroneous nor contrary to law.

IT IS ORDERED:

1. The Order of Magistrate Judge Thomas Thalken (Filing No. 198) is affirmed; and

2. The Notice of Appeal (Filing No. 199) submitted by Defendant Jose Avalos is denied.

DATED this 15th day of June, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge