IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR88 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| JOSE AVALOS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion to Withdraw Count I from 2255 Motion, ECF No. 216, and Application for Issuance of Certificate of Appealability, ECF No. 217, both filed by Defendant Jose Avalos ("Avalos").

On March 8, 2017, this Court issued a Memorandum and Order, ECF No. 210, addressing the Motion filed by Avalos under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion"), ECF No. 207. The Court summarily dismissed the claims presented in Grounds Two, Three, Four, Five, and Six of the § 2255 motion, and ordered the Plaintiff to respond to the claims presented in Ground One. Avalos now seeks to withdraw Ground One, and proceed on appeal with respect to the Court's dismissal of the remaining Grounds. The Court will grant his Motion, and will deem Ground One withdrawn.

Before the Defendant may appeal the denial of his § 2255 motion, a "Certificate of Appealability" must issue. Pursuant to the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214 ("AEDPA"), the right to appeal the denial of a § 2255 motion is governed by the certificate of appealability requirements of 28 U.S.C. § 2253(c). 28 U.S.C. § 2253(c)(2) provides that a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right:

> (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from–
>
> ....
>
> (B) the final order in a proceeding under section 2255.
>
> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
>
> (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

28 U.S.C. § 2253(c).

A "substantial showing of the denial of a constitutional right" requires a demonstration "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were '"adequate to deserve encouragement to proceed further."'" *Slack v. McDaniel,* 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle,* 463 U.S. 880, 893 & n.4 (1983)).

The issues raised in the § 2255 motion were carefully considered. For the reasons set forth in the Court's previously issued Memorandum and Order, ECF No. 210, denying Grounds Two through Six of the Defendant's § 2255 motion, the Court concludes that the Defendant has not made a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c).

Accordingly,

IT IS ORDERED:

1. The Motion to Withdraw Count I from 2255 Motion, ECF No. 216, filed by Defendant Jose Avalos, is granted;

2. Ground One in Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 207, is deemed withdrawn;

3. For the reasons stated in the Court's earlier Memorandum and Order, ECF No. 210, the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 207, is denied;

4. The Defendant's Motion to Appoint Counsel, ECF No. 208, is denied;

5. The Plaintiff's Motion to Extend, ECF No. 214, and Motion to Strike, ECF No. 215, are denied as moot;

6. The Defendant's application for Certificate of Appealibility, ECF No. 218, is denied;

7. A separate Judgment will be issued; and

8. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 10th day of April, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge