## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:13CR88** |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | **JUDGMENT** |
| **JOSE AVALOS,** | ) ) ) | |
| **Defendant.** | ) | |

For the reasons stated in the Court's Memorandum and Order of this date, and its Memorandum and Order of March 8, 2017, ECF No. 210,

IT IS ORDERED:

1. Ground One in Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 207, is deemed withdrawn;

3. Grounds Two, Three, Four, Five, and Six in the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 207, are summarily dismissed;

4. The Defendant's application for Certificate of Appealibility, ECF No. 218, is denied; and

5. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 10th day of April, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge