# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:13CR88** |
| v. | |
| **JOSE AVALOS,** | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1. The Defendant's Motion for Reconsideration, ECF No. 255, is denied; and

2. The Clerk will mail a copy of this Order to the Defendant at his last known address.

Dated this 20th day of July 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge