IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE AVALOS,<br><br>Defendant. | **8:13CR88**<br><br><br>**ORDER** |

This matter is before the Court on defendant Jose Avalos's ("Avalos") Declaration in Support of Request to Proceed in Forma Pauperis (Filing No. 278), which the Court will construe as a motion to proceed on appeal in forma pauperis.

For good cause shown, Avalos's motion is granted, and he is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated this 20th day of May 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge